# Adam J. Fishbein
## Attorney At Law
735 Central Avenue
Woodmere, New York 11598
Telephone: 516 668 6945
Email: fishbeinadamj@gmail.com

May 13, 2020

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Gottlieb v. Trans Union et al
      1:20-cv-958-WFK-RLM

Dear Judge Kuntz:

Please be advised that I represent the Plaintiff in the above captioned matter. I respectfully advise the Court that the matter has been resolved as it pertains to Trans Union only.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/ Adam J. Fishbein
Adam J. Fishbein, P.C. (AF-9508)

The application is ✓ granted.
SO ORDERED      denied.

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: May 19, 2020
       Brooklyn, New York