IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS W. GOTTLIEB, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    -against-<br><br>TRANS UNION, LLC, DEPARTMENT STORES NATIONAL BANK, MACY'S, INC. AND CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES<br><br>    Defendants.<br><br>CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES,<br><br>    Third-Party Plaintiff,<br><br>    -against-<br><br>SYLVIA SULIMANOV AND SAMUEL SULIMANOV,<br><br>    Third-Party Defendants. | Civil Action No.: 1:20-cv-00958-WFK-RLM |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, Plaintiff Luis Gottlieb and Defendant Credit Control Services, Inc. d/b/a Credit Collection Services, and/or their respective counsel(s), that the above-captioned action is voluntarily dismissed with prejudice pursuant to the

1

Federal Rules of Civil Procedure 41(a)(1)(A)(ii,) with each party to bear its respective attorney's fees and costs including third party claims.

The Third-Party Complaint is hereby voluntarily dismissed with prejudice.

By: /s/ Adam J. Fishbein
Adam J. Fishbein, Esq.
734 Central Ave.
Woodmere, NY 11598
Tel: (212) 453-0758
*Attorney for Plaintiff*

Dated: August 20, 2020

By: *Lori Quinn*
Lori J. Quinn, Esq.
One Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (212) 453-0758
Attorneys for Defendant,
*Credit Control Services, Inc. d/b/a Credit Collection Services*

Dated: August 20, 2020

The application is ✓ granted.
SO ORDERED ___ denied.

s/ WFK

William F. Kuntz, II, U.S.D.J.
Dated: August 24, 2020
Brooklyn, New York

2